| | | |
|---|---|---|
| **ATTORNEY GRIEVANCE COMMISSION OF MARYLAND** | * | IN THE |
| | * | **COURT OF APPEALS** |
| | * | **OF MARYLAND** |
| **v.** | * | **Misc. Docket AG No. 93** |
| **ERNEST P. FRANCIS** | * | **September Term, 2020** |

## ORDER

Upon consideration of the Petition for Disciplinary or Remedial Action, with attached certified copy of an Order entered January 12, 2021, whereby the Virginia State Bar Disciplinary Board revoked the license of Ernest P. Francis to practice law in Virginia, effective March 23, 2021; and it appearing that said Ernest P. Francis is admitted to the Bar of this Court, it is this 27th day of May, 2021

**ORDERED**, by the Court of Appeals of Maryland, in accordance with Maryland Rule 19-737(d), that Ernest P. Francis, Respondent, is hereby suspended, effective immediately, from the practice of law in the State of Maryland, pending further order of this Court; and it is further

**ORDERED**, that the Clerk of this Court shall strike the name of Ernest P. Francis from the register of attorneys in this Court and comply with the notice provisions of Maryland Rule 19-761.

/s/ Mary Ellen Barbera
Chief Judge

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk